UNITED STATES, Appellee

v

BILLY JUNIOR VANZANDT, Seaman Recruit,
U. S. Navy, Appellant

16 USCMA 247, 36 CMR 403

No. 19,287

April 29, 1966

*Major Ernest B. Wright,* USMC, was on the pleadings for Appellant,
Accused.

*Lieutenant Jean E. Van Slate,* USNR, was on the pleadings for Appellee,
United States.

Opinion of the Court

QUINN, Chief Judge:
The decision of the board of review is affirmed. United States v Surtasky, 16 USCMA 241, 36 CMR 397.

Judges FERGUSON and KILDAY concur.